UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

**WAIVER OF RULE 5 AND 5.1 HEARINGS
(Excluding Probation Violation Cases)**

v.

Case No. 22-30013
Originating No. 21-13205

**DAVID WILLIAMS,**

        Defendant.

_____/

I, **DAVID WILLIAMS** understand that in the **District of New Jersey** charges are pending alleging **Violation of Pretrial Release** and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of my right

to:

1. Retain counsel or request the assignment of counsel if I am unable to afford one.

2. Request transfer of the proceedings to this district pursuant to Fed. R. 20, in order to plead guilty.

3. Have an identity hearing to determine if I am the person named in the charge.

4. Have a preliminary examination (unless and indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me; the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X) identity hearing

( ) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary hearing

( ) identity hearing but request a preliminary hearing to be held in the district of prosecution

and therefore consent to the issuance of an order requiring my appearance in the prosecuting district where the charges is pending against me.

_____    _____
Defendant                                                        DAVID THOLEN
                                                                         Counsel for Defendant

Date:                                                             Date: 1/7/22